## Anne Bates v. Harvey H. Bates.

1. DIVORCE—*Custody of Children.*—Under section 18, chapter 40, R. S., entitled "Divorce," the Circuit Courts have power to decree that an unsuccessful defendant may have the custody of a child a portion of the time. Such an order is experimental and if it should prove unwise it may be vacated at any time.

Bill for Divorce.—Appeal from the Circuit Court of Cook County; the Hon. JOHN GIBBONS, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed January 21, 1896.

L. H. Bisbee, attorney for appellant.

Kavanagh & O'Donnell, attorneys for appellee.

Mr. Justice Gary delivered the opinion of the Court.

October 21, 1895, the appellant obtained in the Circuit Court a decree of divorce from the appellee. The bill had been taken as confessed, and the hearing was *ex parte*. The custody of their then five year old boy was awarded to her. Neither of the parties have any other home than with their respective and respected parents.

June 10, 1896, on the petition of the appellee, the court ordered that the appellee might have the custody of the boy from five p. m. of Friday, to five p. m. of Saturday, in each week. From that order is this appeal.

Such an order was within the jurisdiction of the court. Sec. 18, Ch. 40, R. S., Divorce. We can not say that it is unwise. It should be the endeavor of the appellant and her friends to foster in the child natural affection for his father. If they will do so, and the appellee reciprocate, who can tell but happy results may follow? These parties are yet young.

If experiment shall prove that the order should not be continued, it may be vacated at any time. In its nature it is temporary, and is affirmed.